UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BURBERRY LIMITED; CARTIER NORTH
AMERICA, a division of RICHEMONT NORTH
AMERICA, INC.; GIANNI VERSACE, S.R.L.;
HERMÈS INTERNATIONAL; LOUIS VUITTON
MALLETIER; MICHAEL KORS, L.L.C.; MONCLER
S.P.A.; RICHEMONT INTERNATIONAL SA;
RIVER LIGHT V, L.P.; TORY BURCH LLC; *and*
VAN CLEEF & ARPELS, INC.,

                Plaintiffs,

            -v-

VARIOUS JOHN DOES, JANE DOES, *and*
XYZ COMPANIES,

                Defendants.

25 Civ. 3922

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    For the reasons stated on the record at today's hearing, the Court directs plaintiffs, by October 21, 2025, to file a status update, including as to whether plaintiffs intend to move to voluntarily dismiss this case.

    SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: July 21, 2025
       New York, New York